MATTIE E. D. EMMONS *vs.* WILLIAM M. KING.

Lincoln County. Decided February 21, 1918. It was stipulated in this case that the case and all briefs should be filed on or before February 1, 1918, or defendant's exceptions should be overruled.

The designated time having expired and no papers having been received, it is thereupon ordered that the exceptions be overruled. *George A. Cowan*, for plaintiff. *W. M. Hilton*, for defendant.